IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Matthew David Mellen

    State Bar No. 233350.

                              /

No. C 12-80091 WHA

**ORDER RE SUSPENSION**

In March 2012, an order to show cause issued as to why Attorney Matthew Mellen's membership in the bar of this Court should not be suspended based on his suspension by the State Bar of California, effective February 29, 2012.

On May 2, 2012, Attorney Mellen timely provided proof of reinstatement by the State Bar, effective April 30, 2012.

Therefore, Attorney Mellen shall not be suspended by this Court. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: September 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE